UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

IN RE:  CHAPTER 13 PROCEEDING:
JESSE RUIZ  05-22154-C-13
DEBTOR

**TRUSTEE'S MOTION TO PAY FUNDS INTO THE COURT REGISTRY**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

   COMES NOW, CINDY BOUDLOCHE, Chapter 13 Trustee in the above referenced Chapter 13 proceeding and files this Trustee's Motion to Pay Funds into the Court Registry and would respectfully show the Court the following:

   1. Debtor filed a petition for relief under the provisions of Chapter 13 of Title 11 of the United States Code on Saturday, Oct 15, 2005.

   2. This Honorable Court has jurisdiction over this motion pursuant to the provisions contained in 28 U.S.C. Section 1334. This is a core proceeding pursuant to the definition contained in 28 U.S.C. Section 157. Venue is in this Honorable Court pursuant to 28 U.S.C. Section 1408.

   3. Trustee has standing to file this motion pursuant to 11 U.S.C. Section 347(a).

   4. Trustee has been unable to locate the following creditor at the address listed below.

      FIRST CHOICE POWER INC
      4100 INTERNATIONAL PLAZA
      FORT WORTH, TX  76109

   5. As a result, funds owed to the creditor in the amount of $101.10 by the above referenced Debtor should be reserved by the Registry of the Court.

WHEREFORE, PREMISES CONSIDERED, the Chapter 13 Trustee prays this Honorable Court will grant the Trustee's Motion to Pay Funds into the Court Registry.

Respectfully Submitted:  Tue, November 30, 2010

*Cindy Boudloche*

Cindy Boudloche
Chapter 13 Trustee
555 N. Carancahua  Ste 600
Corpus Christi, TX  78401-0823
(361) 883-5786

#109

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

IN RE:                                                                              CHAPTER 13 PROCEEDING:
JESSE RUIZ                                                       05-22154-C-13
DEBTOR

### CERTIFICATE OF SERVICE

I, Cindy Boudloche, do hereby certify that on Nov 30, 2010, a copy of the foregoing Trustee's Motion to Pay Funds into the Court Registry was served electronically or by United States Mail to the parties listed below:

*Cindy Boudloche*

Cindy Boudloche, Chapter 13 Trustee

JESSE RUIZ
4410 COBBLESTONE LANE
CORPUS CHRISTI, TX  78411

WILLIAM A WHITTLE
5151 FLYNN PKWY  STE 308
CORPUS CHRISTI, TX  78411

FIRST CHOICE POWER INC
4100 INTERNATIONAL PLAZA
FORT WORTH, TX  76109